Rancaño
&Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
Telephone (209) 549-2000

David C. Rancaño, SBN 121000
Tejinderpal S. Sanghera, SBN 275058
Violeta Diaz, SBN 296505
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

—♦—

| | |
|---|---|
| **EUFEMIA ARTIGA;**<br><br>**PLAINTIFF,**<br><br>**V.**<br><br>**BAKE FRESH COMPANY OF NORTHERN CALIFORNIA; CHARTWELL STAFFING SERVICES, INC.; AND DOES 1 THROUGH 100, INCLUSIVE;**<br><br>**DEFENDANTS.** | **CASE NO. 3:17-cv-02837-RS**<br><br>**PLAINTIFF'S NOTICE OF NONOPPOSITION TO DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S, MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITIVE STATEMENT PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 12(B) & 12 (E)**<br><br>**Date: July 20, 2017**<br>**Time: 1:30 a.m.**<br>**Ctrm: 3, 17th Floor**<br>**Judge: Hon. Richard Seeborg**<br>**Trial: [Not set]**<br>**Action filed: March 13, 2017** |

Plaintiff Eufemia Artiga does not oppose defendant Chartwell Staffing Services, Inc.'s, Motion To Dismiss Or, In The Alternative, Motion For A More Definitive Statement. Pursuant to Federal Rule of Civil Procedure 15 and Local Rule 10-1, Plaintiff herewith files her First Amended Complaint.

Dated: June 14, 2017

By /s/ Violeta Diaz
Violeta Diaz
Attorney for plaintiff

# PROOF OF SERVICE

I, ESMERALDA VARGAS, declare that I am employed with the firm of Rancaño & Rancaño, 1300 10th Street, Suite C, Modesto, California 95354, Stanislaus County. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I caused the foregoing documents to be served:

- **Plaintiff's Notice of Nonopposition of Nonopposition to Defendant's Motion to Dismiss, Or In The Alternative, For A More Definitive Statement**

- **Plaintiff's Amended Complaint**

[X] by placing a true [X]copy or [ ]original thereof enclosed in a sealed envelope addressed as follows:

Harold R. Jones
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
harold.jones@ogletree.com

Michael D. Bruno
Gordon & Rees Scully Mansukhani
275 Battery Street, Suite 2000
San Francisco, CA 94111
mbruno@gordonrees.com

[X] **BY UNITED STATES MAIL(Documents placed for collection and mailing):** I am readily familiar with this firm's practice of collection and processing of mail with the U.S. Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope, caused appropriate postage to be placed thereon, and placed it for collection following ordinary business practices.

[] **BY OVERNIGHT COURIER:** I caused such document to be delivered by overnight mail to the offices of the addressee by placing it for collection by Federal Express following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by the courier service, and/or delivered to the courier's office.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on June 14, 2017, in Modesto, California.

E. Vargas
ESMERALDA VARGAS