UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUFEMIA ARTIGA,<br><br>    Plaintiff,<br><br>    v.<br><br>BAKE FRESH COMPANY OF NORTHERN CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 17-cv-02837-RS<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

Defendants moved to dismiss plaintiff's complaint. In lieu of filing opposition, plaintiff filed an amended complaint. The motion to dismiss is therefore denied as moot.

**IT IS SO ORDERED**.

Dated: June 29, 2017

_____
RICHARD SEEBORG
United States District Judge